AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

**ORIGINAL FILED**
FEB 07 2020
WILLIAM T WALSH CLERK

United States of America
v.

Erasmo Feliciano

Case No. 20-5520 (KMW)

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __See Attachment A__ in the county of _____ in the _____ District of __New Jersey__, the defendant(s) violated:

| Code Section | Description of Offenses |
|---|---|
| 18 U.S.C Section 1349 | Conspiracy to committ bank fraud and wire fraud. See Attachment A hereto. |

This criminal complaint is based on these facts:
See Attachment B hereto.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Caitlin Piasecki, Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 02/07/2020

_____
*Judge's signature*

City and state:  Camden, New Jersey    Hon. Karen M. Williams, U.S. Magistrate Judge
*Printed name and title*

**CONTENTS APPROVED**

**UNITED STATES ATTORNEY**

By: _____
ALISA SHVER
Assistant U.S. Attorney

Date: February 7, 2020

## Attachment A

(Conspiracy to Commit Bank Fraud and Wire Fraud)

From on or about May 4, 2018 through in or about February, 2020, in the District of New Jersey, and elsewhere, the defendant,

### ERASMO FELICIANO

did knowingly and intentionally conspire and agree with others, known and unknown, to devise a scheme and artifice to defraud financial institutions and the United States, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing such scheme and artifice: (1) to cause to be transmitted by means of wire communications in interstate and foreign commerce, certain signs, signals, and sounds, contrary to Title 18, United States Code, Section 1343; (2) to defraud a financial institution by means of materially false and fraudulent pretenses, representations, and promises, contrary to Title 18, United States Code, Section 1344, as described in Attachment B.

In violation of Title 18, United States Code Section 1349.