UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

V.  Mag. No. 20-5520(SAK)

ERASMO FELICIANO

### ORDER

This matter having come before the Court on the petition filed by the United States Pretrial Services Office for action of the Court regarding the defendant's Conditions of release; and the Court having previously imposed conditions of Release in this case under 18 U.S.C. § 3142; and the Court having convened a Hearing in this matter on December 20, 2022, and the Court having heard from counsel (Alisa Shver, AUSA and Rocco Cipparone, Esq.); and the government having moved for revocation of the Court's order of release; and the defendant argued in opposition; and the Court having considered the information provided by the Pretrial Services Officer; and the court having found by clear and convincing evidence that the defendant has violated condition of release as addressed on the record; and the Court having further found that the defendant is unlikely to abide by the conditions or combination of conditions of release; and the Court further finding that the defendant poses a danger to the community; and for all the reasons set forth on the record; and for good cause shown,

It is this 20th day of DECEMBER 2022, hereby **ORDERED:**

The Court's Order setting conditions of release is hereby revoked, pursuant To 18 U.S.C. § 3148, and the Defendant is remanded to the custody of the United States Marshal Service. The defendant must be afforded a reasonable opportunity For private consultation with defense counsel. On order of the court of the United States or on request of an attorney for the government, the person in charge of the Corrections facility must deliver the defendant to the United States Marshal for the Purpose of an appearance in connection with a court proceeding.

_____
SHARON A. KING
United States Magistrate Judge